474 A.2d 1179

Commonwealth v. Powell, Appellant.

Reargument Denied June 1, 1984.

Petition for Allowance of Appeal Denied
Jan. 16, 1985.

Argued October 26, 1983.

618

Paul Bogdon, for appellant; Melinda G. Tell, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.